| CHAMBERS OF<br>**ESTHER SALAS**<br>**UNITED STATES DISTRICT JUDGE** | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |
|---|---|

February 7, 2014

## **LETTER ORDER**

**Re:** *Hammond v. Kim, et al.*
**Civil Action No. 13-435 (ES)**

Dear Counsel:

    Pending before this Court is Plaintiffs' motion to remand this action to the Superior Court of New Jersey pursuant to 28 U.S.C. § 1447. (D.E. No. 15). On January 17, 2014, Magistrate Judge Joseph A. Dickson issued a Report & Recommendation suggesting that this Court grant the motion. (D.E. No. 16, (the "R&R")). Magistrate Judge Dickson advised the parties that they had fourteen days to file and serve any objections to the R&R pursuant to Local Civil Rule 72.1. To date, neither party has filed any objections.

    The Court has considered Judge Dickson's R&R, and for the reasons stated therein,

    IT IS on this 7th day of February, 2014,

    ORDERED that this Court adopts Judge Dickson's January 17, 2014 R&R in full.

    **SO ORDERED.**

                                  *s/Esther Salas*
                                  **Esther Salas, U.S.D.J.**